## Commonwealth *v.* Mayo, Appellant.

Submitted March 17, 1975. *William F. Ochs, Jr.,* Assistant Public Defender, for appellant; *Grant E. Wesner,* Deputy District Attorney, and *Robert L. VanHoove,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Mitchell, Appellant.

Submitted September 12, 1975. *Calvin S. Drayer, Jr.,* Assistant Public Defender, for appellant; *Stewart J. Greenleaf,* Assistant District Attorney, *William T. Nicholas,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.